UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES SELDERS (#254920)

VERSUS

ALVIN JONES, ET AL

CIVIL ACTION

NO. 09-881-C

## J U D G M E N T

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the petitioner's application for habeas corpus relief is dismissed as untimely.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, March 4, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA